No. 71–5292.  LePera v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 71–5293.  Jacobs v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 71–5295.  Barber v. United States.  C. A. 3d Cir.  Certiorari denied.

No. 71–5296.  Badger v. LaVallee, Correctional Superintendent.  C. A. 2d Cir.  Certiorari denied.

No. 71–5299.  Favell v. United States. . C. A. 8th Cir.  Certiorari denied.

No. 71–5300.  Gilbreath v. United States.  C. A. 10th Cir.  Certiorari denied.

No. 71–5301.  Smith v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 71–5303.  Main v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 71–5304.  DeLegge v. United States.  C. A. 7th Cir.  Certiorari denied.

No. 71–5307.  Subilosky v. Moore, Correctional Superintendent.  C. A. 1st Cir.  Certiorari denied.

No. 71–5310.  Little v. Rhay, Penitentiary Superintendent.  C. A. 9th Cir.  Certiorari denied.

No. 71–5314.  Willametz v. Teece et al.  C. A. 1st Cir.  Certiorari denied.

No. 71–5316.  Tuzo v. United States.  C. A. 2d Cir. Certiorari denied.